UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRITTANY MARIE ISKRA, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 1:19-cv-973 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
|     Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved the claims in this lawsuit and has remanded the matter to Defendant Commissioner of Social Security. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date: March 23, 2021                 /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge