UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY ISKRA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:19-cv-973

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 15, 2022, recommending that this Court grant the motion in part. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney fees (ECF No. 23) is GRANTED IN PART. Counsel is awarded $6,500.00 in attorney fees and shall refund $4,550.00 of this amount to Plaintiff for fees previously awarded under the Equal Access to Justice Act.

Dated: June 30, 2022
                                                                           /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge